UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**THOMAS HAMACHER, IYAIRIS TOLEDO FUENTES AS PARENT OF I.H. and BAD DOG RACING, INC.,**

**Plaintiffs,**

**v.** **Case No. 6:25-cv-2307-CEM-DCI**

**ORLANDO KART CENTER LLC,**

**Defendant.**
______________________________/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Partially Opposed Motion for Approval of Minor's Settlement (Doc. 32). The United States Magistrate Judge issued a Report and Recommendation (Doc. 35), recommending that the Motion be granted.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 35) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Partially Opposed Motion for Approval of Minor's Settlement (Doc. 32) is **GRANTED**.
   a. The Settlement Agreement (Doc. 32-1) is **APPROVED**.
3. This case is **DISMISSED with prejudice**.
4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 3, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record